IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mark Lawrence,                 :
          Petitioner        :
                                 :
       v.                   :
                                 :
Pennsylvania Board of      :
Probation and Parole,      :
          Respondent    :     No. 1192 C.D. 2015

## O R D E R

NOW, September 1, 2016, having considered petitioner's motion for reconsideration or a rehearing en banc, the application is denied.

 

 

                                                 _____

MARY HANNAH LEAVITT,
President Judge